**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**09-18-00148-CR**
**09-18-00149-CR**
_____

**John Henry Guillory, Appellant**

**V.**

**The State of Texas, Appellee**

_____

**On Appeal from the 75th District Court
of Liberty County, Texas
Trial Cause Nos. CR32780 and CR32781**
_____

**ORDER**

Appellant's counsel filed a motion to withdraw supported by a brief concluding that the instant appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel certified that counsel provided copies of the motion and brief to Appellant, advised Appellant of Appellant's right to examine the appellate record and file a pro se response, and supplied Appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

Appellant requested access to the appellate record with this Court. We hereby direct the clerk of the trial court to provide access to a paper copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, on or before **Thursday, September 20, 2018**. *See id.*, 436 S.W.3d at 321-22.

ORDER ENTERED September 5, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.